## NELSON *v.* THE STATE.

FISH, P. J.    There being no complaint that any error of law was committed by the trial court, and the evidence, though circumstantial, being sufficient to authorize the verdict, the judge of the superior court did not err in overruling the certiorari.        *Judgment affirmed.    All the Justices concur.*

Submitted May 16, — Decided June 8, 1904.

Certiorari.    Before Judge Felton.    Bibb superior court.    April 14, 1904.

*C. E. Brunson*, for plaintiff in error.
*William Brunson, solicitor-general*, contra.